UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

VICTOR H. OWEN, et al.,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

Case No.  14-cv-00830-BLF

**CASE MANAGEMENT ORDER**

On 05/29/2014, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | 05/14/2015 at 1:30 pm. Case Management Statement due 05/07/2015 |
| Last Day to Amend Pleadings or Add Parties | 09/12/2014 |
| Disclosure of Expert Reports<br>Disclosure of Rebuttal Reports | 12/19/2014<br>01/09/2015 |
| Fact Discovery Cut-Off | 12/19/2014 |
| Expert Discovery Cut-Off | 01/30/2015 |
| Last Day to Hear Dispositive Motions | 04/30/2015<br>Reply Brief due 04/09/2015 |
| Final Pretrial Conference | N/A |
| Trial | N/A |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3    IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.

6 Dated:  May 29, 2014

_____
BETH LABSON FREEMAN
United States District Judge