C. Alex Naegele (CA Bar No. 255887)
C. ALEX NAEGELE,
A PROFESSIONAL LAW CORPORATION
95 South Market Street, Suite 300
San Jose, CA, 95113
Telephone:(408) 995-3224
Facsimile: (408) 890-4645
Email: alex@canlawcorp.com

Attorney for Plaintiffs
VICTOR OWEN and CANDACE OWEN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| VICTOR OWEN, an individual, and CANDACE OWEN, an individual, | Case No. CV 14-830 - BLF |
| Plaintiffs, | [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE FROM MAY 14, 2015 TO JUNE 18, 2015 |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Having considered the parties' Stipulated Request for Order Continuing Case Management Conference From May 14, 2015 to June 18, 2015, and for good cause shown,

**PURSUANT TO THE STIPULATION, IT IS HEREBY ORDERED,** that the case management conference currently set for May 14, 2015 at 1:30 p.m. is continued until June 18, 2015 at 1:30 p.m.

Dated: April __, 2015

_/s/ Beth Labson Freeman_
BETH LABSON FREEMAN
United States District Judge

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE - 1