C. Alex Naegele (CA Bar No. 255887)
C. ALEX NAEGELE,
A PROFESSIONAL LAW CORPORATION
95 South Market Street, Suite 300
San Jose, CA, 95113
Telephone:(408) 995-3224
Facsimile: (408) 890-4645
Email: alex@canlawcorp.com

Attorney for Plaintiffs
VICTOR OWEN and CANDACE OWEN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| VICTOR OWEN, an individual, and CANDACE OWEN, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. CV 14-830 - BLF <br><br> **[PROPOSED] ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE** |

On June 10, 2015, the parties jointly submitted a Stipulation Of Dismissal With Prejudice to the Court.

Accordingly, the instant matter is dismissed with prejudice, and the parties will bear their own costs and fees.  The Clerk of the Court shall close the case file.

**IT IS SO ORDERED.**

Dated:  June 11, 2015

*/s/ Beth Labson Freeman*
BETH LABSON FREEMAN
United States District Judge

[PROPOSED] ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE - 1